JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KHARA J PECHTES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Corporation; LDS CHURCH/CA LOS ANGELES MISSION; CORPORATION OF THE PRESIDENT OF THE CALIFORNIA LOS ANGELES MISSION; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, licensed to do business in California; JOSEPH STEVEN YANG; ELDER JOSEPH YANG; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-06057-PJW<br>Assigned To: Hon. Patrick J. Walsh<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: 3/9/2016<br>Removal Filed: 8/12/2016<br>Trial Date: 2/20/2018 |

1

[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

**ORDER**

In accordance with this stipulation of the Parties, IT IS SO ORDERED that this action is dismissed with prejudice. Each party will bear their own attorney's fees and costs.

Dated: February 22, 2017

_____
PATRICK J. WALSH
United States Magistrate Judge